IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

4

Jason Brian Dalton
Plaintiff

V.

Uber Technologies Inc,
Defendents

Case: 5:16-cv-10945
Judge: O'Meara, John Corbett
MJ: Stafford, Elizabeth A.
Filed: 03-15-2016 At 11:11 AM
PR DALTON V. UBER TECHNOLOGIES, INC
(NA)

## 42 USC 1983
### Violation of Civil Rights

Comes Now, Jason Brian Dalton, in pro-se. I am suing Uber technologies For $10,000,000.00 million Dollars in Punitive Damages.
I worked years as a Uber contractor and they ripped me off, never paid me back wages or overtime. I busted my butt for them. They gave me no Christmas Bonus, I wasn't invited to any corporate parties, they made me work when I was sick and didn't let me spend time with my 2 children. Uber treats their drivers like crap. I had to pay my own gas and I hit lots of potholes and Uber would not fix my Chevy Equinox and Uber would call my phone late at night and make me work or say I was fired. This company is a hostile workplace enviroment I am tired of being treated by a 2nd class citizen by Uber. Uber discriminates against my mental health

I am currently in prison because of Uber. Uber doesn't care about its Drivers, we are peasants and pawn pieces to Ubers bottom line. Defendants manipulate all Uber Drivers. My life is Ruined because of Uber. My wife is Divorcing me because of UBER. I seek $10 million Dollars in punitive damages and Emotional distress, I have Psycological Damage because of UBER.

I pray this court will grant my 42 USC 1983 For relief.
I seek a Jury trial

3/11/16

Respectfully Submitted

Jason Brian Dalton
#413799
1500 Lamont St.
Kalamazoo, Michigan 49048

# CIVIL COVER SHEET FOR PRISONER CASES

| Case No. 16-10945 | Judge: John Corbett O'Meara | Magistrate Judge: Elizabeth A. Stafford |
|---|---|---|
| **Name of 1st Listed Plaintiff/Petitioner:** Jason B. Dalton | **Name of 1st Listed Defendant/Respondent:** Uber Technologies, Inc | |
| **Inmate Number:** 413799 | **Additional Information:** | |
| **Plaintiff/Petitioner's Attorney and Address Information:** | | |
| **Correctional Facility:** Kalamazoo County Jail Division 1500 Lamont St. Kalamazoo, MI 49048 | | |

**BASIS OF JURISDICTION**
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question

**NATURE OF SUIT**
- ☐ 530 Habeas Corpus
- ☐ 540 Mandamus
- ☒ 550 Civil Rights
- ☐ 555 Prison Conditions

**ORIGIN**
- ☒ 1 Original Proceeding
- ☐ 5 Transferred from Another District Court
- ☐ Other:

**FEE STATUS**
- ☐ IFP *In Forma Pauperis*
- ☐ PD Paid

**PURSUANT TO LOCAL RULE 83.11**

1. Is this a case that has been previously dismissed?
   - ☐ Yes   ☒ No
   - ➢ If yes, give the following information:
     - Court: _____
     - Case No: _____
     - Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)
   - ☐ Yes   ☒ No
   - ➢ If yes, give the following information:
     - Court: _____
     - Case No: _____
     - Judge: _____

Jason Brian Dalton
#413799
1500 Lamont St.
Kalamazoo, Michigan 49048

PRISONER

RECEIVED
MAR 15 2016
CLERK'S OFFICE
DETROIT

United States District Court
Eastern District of Michigan
231 W. Lafayette Blvd
Detroit, Michigan 48226

PHILADELPHIA PA
11 MAR 2016